**DISMISS; and Opinion Filed October 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01265-CR

### JOSE CARRILLO, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F12-62652-I**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

Jose Carrillo pleaded guilty to solicitation to commit capital murder. Pursuant to a plea agreement, on April 18, 2014, the trial court sentenced appellant to twenty years' imprisonment. The written plea agreement form reflects appellant waived his right to appeal as part of the agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified the case involves a plea bargain and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Appellant filed a pro se notice of appeal on September 24, 2015.

"A timely notice of appeal is necessary to invoke appellate jurisdiction." *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012). Appellant's September 24, 2015 notice of appeal is untimely as to the April 18, 2014 sentencing date. *See* TEX. R. APP. P. 26.2(a)(1);

*Slaton*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d

519, 523 (Tex. Crim. App. 1996).

We dismiss the appeal for want of jurisdiction.


/Ada Brown/
ADA BROWN
JUSTICE


Do Not Publish
TEX. R. APP. P. 47

151265F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE CARRILLO, Appellant

No. 05-15-01265-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F12-62652-I.
Opinion delivered by Justice Brown, Justices Lang-Miers and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 28th day of October, 2015.